AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. M...
2014 MAR -3 PM 5:39

| United States of America | ) |
|---|---|
| v. | ) |
| RICHARD IRIZARRY | ) Case No. 6:14-cr- 46-ORL-18T13S |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) **RICHARD IRIZARRY**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Attempting to aid and abet PWID of a controlled substance; Possession of a firearm in furtherance of a drug trafficking crime; and Use of communication facility in causing or facilitating the commission of a felony

In violation of 21 U.S.C. § 846, 18 U.S.C. § 924(c), and 21 U.S.C. § 843(b), respectively.

Date: 3/5/14

_____
Issuing officer's signature

City and state: Orlando, Florida

SHERYL L. LOESCH, Clerk, United States District Court
Printed name and title

### Return

This warrant was received on (date) 3-6-14, and the person was arrested on (date) 3-6-14
at (city and state) Orlando, FL.

Date: 3-6-14

_____
Arresting officer's signature

SA Brian Conlin
Printed name and title